```
MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     FAX: (415) 436-7234
     Matthew.McCarthy@usdoj.gov
     Frank.Riebli@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 13-574 WHA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER EXCLUDING TIME |
| ) | |
| v. ) | |
| ) | |
| MARTIN BUCIO-AYALA, ) | |
| ARNOLDO MADRIGAL-ROSALES, ) | |
|    a/k/a Nonin Rosales, a/k/a Noni, ) | |
| ) | |
| Defendants. ) | |
| UNITED STATES OF AMERICA, ) | CASE NO. CR 13-575 WHA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MIGUEL MONTES-TORRES, ) | |
|    a/k/a Jose, ) | |
| JORGE HERNANDEZ-PENA, ) | |
|    a/k/a Javier Herrera-Tafolla, ) | |
| ) | |
| DEFENDANTS. ) | |

        On November 19, 2013, at 2:00 p.m., defendants Martin Bucio-Ayala, Arnoldo Madrigal Rosales

STIPULATION AND ORDER EXCLUDING TIME
CR 13-574 WHA, CR 13-575 WHA

1   and Jorge Hernandez-Pena appeared before the District Court through counsel.  Miguel Montes-Torres

2   failed to appear in person, though his counsel was present.  The parties agreed to return before the Court

3   on December 17, 2013 at 2:00 p.m.  Prior to the hearing, the government provided additional discovery

4   to defense counsel.  The government anticipates providing additional discovery to defense counsel prior

5   to December 17, 2013.  The parties agree that defense counsel require time to review the discovery and

6   discuss it with their clients.  Therefore, the parties agreed that time should be excluded between

7   November 19, 2013 and December 17, 2013 in order to ensure the effective preparation of counsel.  18

8   U.S.C. § 3161(h)(7)(B)(iv).

DATED: October 2, 2013                       Respectfully submitted,

                                             MELINDA HAAG
                                             United States Attorney


                                             _____/s/_____
                                             FRANK J. RIEBLI
                                             Assistant United States Attorney




                                             __/s/ Frank Riebli with permission___
                                             SARA RIEF
                                             Attorney for Martin Bucio-Ayala



                                             __/s/ Frank Riebli with permission___
                                             ALAN DRESSLER
                                             Attorney for Arnoldo Madrigal Rosales



                                             __/s/ Frank Riebli with permission___
                                             ADAM GASNER
                                             Attorney for Jorge Hernandez-Pena



                                             __/s/ Frank Riebli with permission___
                                             STEVE TEICH
                                             Attorney for Miguel Montes-Torres

STIPULATION AND ORDER EXCLUDING TIME
CR 13-574 WHA, CR 13-575 WHA

For the reasons stated above, the Court finds that the exclusion of time from November 19, 2013 through and including December 17, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: ~~November~~ ____, 2013.
      December 2

_____
HONORABLE WILLIAM ~~H.~~ ALSUP
United States District Court Judge

STIPULATION AND ORDER EXCLUDING TIME
CR 13-574 WHA, CR 13-575 WHA