IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MIGUEL MONTES TORRES,

    Defendant.
    /

No. CR 13-00575 WHA

**ORDER REQUESTING THE GOVERNMENT AND PROBATION'S RESPONSES TO** *EX PARTE* **MOTION**

Today, defendant Miguel Montes Torres moved *ex parte* (1) to correct the judgment; (2) to correct the presentence report; and (3) to continue his self-surrender date by eight weeks, from October 30, 2014, to November 14, 2014. *First*, defendant asserts that the judgment does not accurately reflect the undersigned judge's recommendation to the Bureau of Prisons at defendant's sentencing — *i.e.*, that "defendant be designated full time to a halfway house so he may continue to operate his business" (Dkt. No. 81). Instead, the judgment recommends that "defendant serve either all or part of his term at a halfway house or Community Corrections Center" (Dkt. No. 84). *Second*, defendant points out (for the first time) that the presentence report incorrectly lists his ICE number as 208-156-974, rather than the correct 205-156-974.

Both the government and probation will please respond to the defendant's *ex parte* motion, stating whether they have any objection to amending the judgment or the presentence report, or continuing the self-surrender date. Please respond by **5 PM ON SEPTEMBER 18, 2014**.

**IT IS SO ORDERED.**

Dated: September 16, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE