1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   UNITED STATES OF AMERICA,

11            Plaintiff,                          No. CR 13-00575 WHA

12     v.

13   MIGUEL MONTES-TORRES,                        **ORDER GRANTING IN PART**
                                                  ***EX PARTE* MOTION**
14            Defendant.

15   _____/

16          Only to the extent stated, defendant's *ex parte* motion (Dkt. No. 85) is **GRANTED IN**

17   **PART**.  *First*, on page 2 of defendant's judgment (Dkt. No. 84), the undersigned judge's

18   recommendation is hereby amended from "That the defendant serve either all or part of his term

19   at a halfway house or Community Corrections Center," to:

20                 The Court recommends that the Bureau of Prisons seriously
                   consider either all or a substantial part of defendant's sentence be
21                 served in a halfway house so that defendant can continue to
                   operate his business.
22

23   The above is only a recommendation to the BOP, and in the event that the BOP designates

24   defendant at a halfway house, the undersigned judge recommends that defendant be at the

25   halfway house full-time.

26          *Second*, probation shall amend the presentence report to reflect defendant's correct ICE

27   number.  Please amend and file the updated presentence report by **12 PM ON SEPTEMBER 23,**

28   **2014**.

**United States District Court**
For the Northern District of California

1      *Third*, probation will please send a copy of this order and the amended presentence report

2 to the BOP by **5 PM ON SEPTEMBER 23, 2014**.

3      *Fourth*, the self-surrender date is hereby continued to **NOVEMBER 14, 2014**.  This is so

4 that defendant may attend his immigration hearing on November 13, 2014.  No further

5 continuances will be granted without a showing of good cause.

6

7      **IT IS SO ORDERED.**

8

9 Dated:  September 22, 2014.



10                                                    WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2